IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CRAIG STAMBAUGH** | * |
| Plaintiff | * |
| v. | * Case No.: |
| **ALLEN BOLTZ, et al.** | * |
| Defendants | * |

## NOTICE OF REMOVAL

Defendants, **Alan**[1] **Boltz**, **Contract Transportation Systems Co.** and **The Sherwin-Williams Company**, by and through their attorneys, Inga O. Upshaw and Ryan, Drewniak & Upshaw, P.A., pursuant to 28 U.S.C. §§1332, 1441, and 1446, request that this matter be removed to this Court, and in support thereof state as follows:

### Procedural Background

1. The Plaintiff commenced this action by originally filing a Complaint and Demand for Jury Trial against Defendants Alan Boltz, Contract Transportation Systems Co. and The Sherwin-Williams Company in the Circuit Court for Baltimore County, Maryland, Case Number: C-03-CV-22-001450.  Copies of the Plaintiff's Complaint and Demand for Jury Trial (State Court Complaint and Demand for Jury Trial) and the Writs of Summonses (State Court Writs of Summonses) directed to Defendants Boltz, Contract Transportation Systems Co. and The Sherwin-Williams Company are being filed simultaneously with this Notice of Removal.

2. The instant litigation arises out of an automobile accident that occurred on the night of  July 3, 2019, between vehicles operated by Plaintiff Craig Stambaugh and Defendant

---

[1] Defendant Alan Boltz was erroneously sued as "Allen" Boltz.

Alan Boltz, when a sudden emergency was created by other vehicles that had just seconds earlier collided and were blocking the travel lanes of the highway. The other vehicles that had collided were unlit in the darkness further compounding the issue of a sudden emergency. Plaintiff asserts that he sustained injuries and damages as a result of the July 3, 2019 automobile accident. *See* State Court Complaint and Demand for Jury Trial.

3. The Circuit Court for Baltimore County, Maryland, issued three (3) Writs of Summonses for the Defendants on April 13, 2022. *See* State Court Writs of Summonses.

4. Plaintiff served Defendant Contract Transportation Systems Co. on April 28, 2022 via personal service.

5. Plaintiff served Defendant The Sherwin-Williams Company on April 28, 2022 via personal service.

6. Defendant Boltz has not been formally served, though is effectively waiving formal service of process by and through the filing of this Removal.

7. Plaintiff seeks to recover damages from the Defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), in compensatory damages, plus interest and costs. *See* State Court Complaint and Demand for Jury Trial.

**Statement of Satisfaction of Jurisdictional Requirements**

8. Plaintiff Craig Stambaugh is a citizen of Maryland and resides at 3607 Mt. Carmel Road, Upperco, Maryland 21155. *See* State Court Complaint and Demand for Jury Trial.

9. Defendant Alan Boltz is a citizen of the Commonwealth of Pennsylvania, and resides at 30 Crosskey Road, Bernville Pennsylvania 19506.

10. Defendant Contract Transportation Systems Co. is an Ohio corporation with its principal place of business located at 101 W. Prospect Avenue, Cleveland, Ohio 44115.

11. Defendant The Sherwin-Williams Company is an Ohio corporation with its principal place of business located at 101 W. Prospect Avenue, Cleveland, Ohio 44115.

12. The amount in controversy in the matter of *Craig Stambaugh v. Allen Boltz, et al.* is in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus interest and costs. *See* State Court Complaint and Demand for Jury Trial.

**Statement of Eligibility for Removal to U.S. District Court**

13. The amount in controversy in the matter of *Craig Stambaugh v. Allen Boltz, et al.* exceeds $75,000.00, and there is complete diversity among the parties, thus satisfying the requirements of 28 U.S.C. §1332(a)(1). Therefore, this Court has original jurisdiction over this action.

14. This notice of removal has been filed within 30 days of service upon the first notice of suit. *See* ¶4. This notice of removal, therefore, has been filed within 30 days of Defendant, Contract Transportation Systems Co.'s receipt of documentation wherein it was ascertained that this case was removable, thereby meeting the requirements of 28 U.S.C. §1446(b).

15. This case has been removed within one year after the original commencement of this action, thereby meeting the requirements of 28 U.S.C. §1446(b).

16. A copy of this Notice of Removal and Affidavit is being served on the Plaintiff and filed with the Clerk of the Circuit Court for Baltimore County, Maryland.

17. Having met all requirements of 28 U.S.C. §1332(a)(1) and §1446, this action may be removed to this Court pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendants, Alan Boltz, Contract Transportation Systems Co., and The Sherwin-Williams Company request that the above-captioned case be removed from the Circuit Court for Baltimore County, Maryland.

Respectfully submitted,

*/s/* Inga O. Upshaw
Inga O. Upshaw #05883
Ryan, Drewniak & Upshaw, P.A.
31 Old Solomons Island Road
Suite 201
Annapolis, Maryland 21401
(410) 897-9000
inga@rdulawfirm.com

Attorneys for Defendants
Alan Boltz,
Contract Transportation Systems Co., and
The Sherwin-Williams Company

## AFFIDAVIT

I, **Inga O. Upshaw,** affirm under the penalties of perjury that I am the attorney for Defendants Alan Boltz, Contract Transportation Systems Co., and The Sherwin-Williams Company in the foregoing Notice of Removal; that I have prepared the foregoing Notice of Removal; and that the facts set forth and contained therein are true and correct to the best of my knowledge, information and belief.

*/s/* Inga O. Upshaw
Inga O. Upshaw

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of May, 2022, a copy of the foregoing **Notice of Removal** and **Affidavit** was sent via electronic transmission to the following counsel of record:

Lauren M. Geisser, Esquire
Gilman & Bedigian, L.L.C.
1954 Greenspring Drive
Suite 250
Timonium, Maryland 21093
lgeisser@gblegalteam.com

Attorneys for Plaintiff
Craig Stambaugh

                                                              */s/*   Inga O. Upshaw
                                                              Inga O. Upshaw