IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| **CRAIG STAMBAUGH** | * |
| Plaintiff | * |
| v. | * Case No.:  C-03-CV-22-001450 |
| **ALLEN BOLTZ, et al.** | * |
| Defendants | * |

*************************************************************************

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendants, **Alan[1] Boltz, Contract Transportation Systems Co., and The Sherwin-Williams Company**, by and through their attorneys, Inga O. Upshaw and Ryan, Drewniak & Upshaw, P.A., hereby provide notice of removal of this action to the United States District Court for the District of Maryland. Accordingly, no further proceedings in this case can be had in the Circuit Court for Baltimore County, Maryland.

Respectfully submitted,

        */s/*     Inga O. Upshaw
Inga O. Upshaw, Esquire
AIS/CPFID#: 8812150161
Ryan, Drewniak & Upshaw, P.A.
31 Old Solomons Island Road
Suite 201
Annapolis, Maryland 21401
(410) 897-9000
inga@rdulawfirm.com
*Attorneys for Defendants*
*Alan Boltz,*
*Contract Transportation Systems Co., and*
*The Sherwin-Williams Company*

---

[1] Defendant Alan Boltz was erroneously sued as "Allen" Boltz.

**CERTIFICATE OF COMPLIANCE PURSUANT TO MD. RULE 20-201**

I HEREBY CERTIFY that this document does not contain any restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously.

                                                              /s/   Inga O. Upshaw
                                                             Inga O. Upshaw

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of May, 2022, a copy of the foregoing **Notice of Filing of Notice of Removal** was sent via electronic filing to the following counsel of record:

Lauren M. Geisser, Esquire
Gilman & Bedigian, L.L.C.
1954 Greenspring Drive
Suite 250
Timonium, Maryland 21093
lgeisser@gblegalteam.com

Attorneys for Plaintiff
Craig Stambaugh

                                                             /s/   Inga O. Upshaw
                                                             Inga O. Upshaw